NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1189

STATE OF LOUISIANA

VERSUS

MICHAEL JOSEPH CORMIER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 88707
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, C.J., John D. Saunders, and Arthur J. Planchard[*], Judges.

SAUNDERS, J., DISSENTS AND ASSIGNS WRITTEN REASONS.

AFFIRMED.  CONDITIONS OF PAROLE VACATED.

William Thomas Babin
405 West Convent Street
Lafayette, LA 70501
Telephone:  (337) 232-7747
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

---

[*]Honorable Arthur J. Planchard, retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Michael Harson**
**P. O. Box 3306**
**Lafayette, LA 70502-3306**
**Telephone:  (337) 232-5170**
**COUNSEL FOR:**
**Plaintiff/Appellee - State of Louisiana**

**G. Paul Marx**
**Attorney at Law**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**Telephone:  (337) 237-2537**
**COUNSEL FOR:**
**Defendant/Appellant - Michael Joseph Cormier**

**Michael Joseph Cormier**
**Avoyelles Parish Prison**
**675 Government Street**
**Marksville, LA 71351**
**(In Proper Person)**